Scott T. Reigle (# 288515)
  sreigle@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
301 North Lake Avenue, Suite 1100
Pasadena, California 91101-4158
Tel: (626) 535-1900 | Fax: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank, Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB, erroneously sued separately as "Wells Fargo Home Mortgage" ("Wells Fargo")

CASE CLOSED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| CYNTHIA CASTANEDA,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, a business entity form unknown; CAL-WESTERN RECONVEYANCE CORPORATION, a business entity form unknown; WELLS FARGO BANK, N.A., a business entity form unknown; and DOES 1 through 100, inclusive;<br><br>    Defendants. | CASE NO.: 2:18-cv-02331-ODW-KS<br><br>**JUDGMENT OF DISMISSAL**<br><br>[*Assigned to the Hon. Otis D. Wright, II*] |

On June 12. 2018, the Court entered an Order granting the Motion to Dismiss the Complaint, filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank, Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB, erroneously sued separately as "Wells Fargo Home Mortgage" ("Wells Fargo"), dismissing the Complaint in its entirety without leave to amend.

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Complaint is dismissed, as to all causes of action, with prejudice;

2. Judgment is entered in favor of defendant Wells Fargo; *and*

3. Plaintiff, Cynthia Castaneda will recover nothing in this action from defendant Wells Fargo.

DATED: June 13, 2018

*[signature]*

HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE